UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA NASHER,<br><br>      Plaintiff,<br><br>v.<br><br>ERIC WILSON,<br><br>      Defendant. | Case No. 2:22-cv-06691-SB-MAR<br><br>ORDER TO SHOW CAUSE |

     Plaintiff Andrea Nasher filed a complaint against Defendant Eric Wilson alleging conversion of three artworks. Dkt. No. 1. Plaintiff alleges that the artworks at issue are in the possession of Art and Architecture Books of the 21st Century, a California Corporation, which is the reorganized debtor in an ongoing bankruptcy case. *In re Art and Architecture Books of the 21st Century*, Case No. 2:13-bk-14135-RK (Bankr. C.D. Cal.). *Id.* ¶ 11.

     Filing a bankruptcy petition automatically stays "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate[.]" 11 U.S.C. § 362(a)(3). Plaintiff's complaint neither demonstrates that Plaintiff has obtained relief from stay from the bankruptcy court nor explains why Plaintiff is not barred by the automatic stay from obtaining the relief sought. Plaintiff is hereby ORDERED to show cause, in writing, by September 27, 2022, (1) why this case does not violate the automatic stay and (2) why this case should not be dismissed for lack of jurisdiction. Failure to comply with this Order to Show Cause will result in dismissal of this case in its entirety without prejudice.

Date: September 20, 2022

                                                      Stanley Blumenfeld, Jr.
                                                      United States District Judge