UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA NASHER<br><br>    Plaintiff,<br><br>v.<br><br>ERIC WILSON<br><br>    Defendant. | Case No.  2:22-cv-06691-SB-MAR<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

 Generally, a plaintiff must serve process on a defendant within 90 days of the filing of the complaint.  *See* Fed. R. Civ. P. 4(m).  This matter was filed on September 19, 2022.  Dkt. No. 1.

 Authorization for service by international mail is governed by Fed. R. Civ. P. 4(f), which permits the Clerk of the Federal District Court in which the suit is filed to effectuate international service by mail.  On October 26, 2022, counsel for Plaintiff sent a letter to the Clerk requesting Service of Process on Defendant Eric Wilson.  Dkt. No. 21.  On December 12, 2022, the Clerk received a letter from FedEx dated December 8, 2022 indicating that international service was unable to be completed.  Dkt. No. 22.

 More than 90 days have passed since the complaint in this case was filed, and Plaintiff has not properly filed a proof of service for any defendant.  Plaintiff is ordered to show cause, in writing, no later than February 15, 2023, why this action should not be dismissed for lack of prosecution.  In her response, Plaintiff should also address her failure to comply with the procedures set forth in Local Rule 4-5.

 The Court will consider as an appropriate response to this Order to Show Cause the filing of a renewed request for international service under Fed. R. Civ. P. 4(f).  Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED
Date: February 7, 2023

                _____
                Stanley Blumenfeld, Jr.
                United States District Judge