JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA NASHER,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC WILSON,<br><br>    Defendant. | Case No. 2:22-cv-06691-SB-MAR<br><br>ORDER DISMISSING CASE |

The parties filed a stipulation to dismiss this case with prejudice in light of their settlement of their dispute. Dkt. No. 46. This case is dismissed with prejudice.

IT IS SO ORDERED.

Date: June 29, 2023

Stanley Blumenfeld, Jr.
United States District Judge

1